```
 1   COOLEY LLP
     ANTHONY M. STIEGLER (Bar No. 126414)
 2   (astiegler@cooley.com)
     PAUL BATCHER (Bar No. 266928)
 3   (pbatcher@cooley.com)
     BRIAN LAM (Bar No. 272624)
 4   (blam@cooley.com)
     JOSE R. RODRIGUEZ (Bar No. 278236)
 5   (jrodriguez@cooley.com)
     4401 Eastgate Mall
 6   San Diego, CA  92121
     Telephone:    (858) 550-6000
 7   Facsimile:    (858) 550-6420

 8   ORION ARMON (pro hac vice)
     (oarmon@cooley.com)
 9   380 Interlocken Crescent, Suite 900
     Broomfield, CO 80021-8023
10   Telephone:    (720) 566-4000
     Facsimile:    (720) 566-4099
11
     Attorneys for Websense, Inc.
12
```

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                         SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>WEBSENSE, INC., a Delaware Corporation,<br><br>  Defendant. | Case No.  13-cv-04398 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING RE-SCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>**TRIAL DATE:  NOT YET SET** |

1    Pursuant to Civil Local Rule 16-2(e), plaintiff Finjan, Inc. ("Plaintiff") and defendant
2    Websense, Inc. ("Websense") (Plaintiff and Websense collectively, "the Parties"), by and through
3    their respective counsel, stipulate to the following request to change the date of the Initial Case
4    Management Conference:

5    WHEREAS, the Initial Case Management Conference was set by the Court for January
6    17, 2014 (Dkt. No. 13);

7    WHEREAS, pursuant to Civil Local Rule 16-2(e), the parties may file a stipulation
8    requesting an order changing the date of the Initial Case Management Conference;

9    WHEREAS, lead counsel for Websense, Mr. Tony Stiegler, has a preexisting scheduling
10   conflict on January 17, 2014 due to an international arbitration proceeding;

11   WHEREAS, subject to the Court's approval, the parties stipulate to continue the Initial
12   Case Management Conference to February 7, 2014 at 1:30 p.m.;

13   WHEREAS, no prior time modifications affecting the Initial Case Management
14   Conference have occurred in this case; and

15   WHEREAS, the requested continuance should not have any material affect on the
16   schedule for the case;

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

STIP & [PROPOSED] ORDER TO CONTINUE
CMC
CASE NO. 13-CV-04398 JSW

NOW THEREFORE, the Parties hereby stipulate and request that the Initial Case Management Conference be continued from January 17, 2014 and rescheduled to February 7, 2014 at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated: November 6, 2013               COOLEY LLP

                                     */s/Anthony M. Stiegler*

                                     ANTHONY M. STIEGLER (126414)
                                     (astiegler@cooley.com)
                                     ORION ARMON (*pro hac vice*)
                                     (oarmon@cooley.com)
                                     PAUL BATCHER (266928)
                                     (pbatcher@cooley.com)
                                     BRIAN LAM (272624)
                                     (blam@cooley.com)
                                     JOSE R. RODRIGUEZ (278236)
                                     (jrodriguez@cooley.com)

                                     Attorneys for Defendant
                                     WEBSENSE, INC.

Dated: November 6, 2013               KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                     */s/Paul J. Andre*

                                     PAUL J. ANDRE (196585)
                                     (pandre@kramerlevin.com)
                                     LISA KOBIALKA (191404)
                                     (lkobialka@kramerlevin.com)
                                     JAMES HANNAH (237978)
                                     (jhannah@kramerlevin.com)

                                     Attorneys for Plaintiff
                                     FINJAN, INC.

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Anthony M. Stiegler hereby attests that concurrence in the filing of this document has been obtained.*

1 **~~PROPOSED~~ ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 The Initial Case Management Conference in this case is hereby continued from January 17, 2014 at 1:30 p.m. to February ~~7~~ 14, 2014 at 1:30 p.m.

6 DATED: November 7, 2013

*[Signature: Jeffrey S. White]*
The Honorable Jeffrey S. White
United States District Judge