COOLEY LLP
ANTHONY M. STIEGLER (Bar No. 126414)
(astiegler@cooley.com)
PAUL BATCHER (Bar No. 266928)
(pbatcher@cooley.com)
BRIAN LAM (Bar No. 272624)
(blam@cooley.com)
JOSE R. RODRIGUEZ (Bar No. 278236)
(jrodriguez@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

ORION ARMON (*pro hac vice*)
(oarmon@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone:    (720) 566-4000
Facsimile:    (720) 566-4099

Attorneys for Websense, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WEBSENSE, INC., a Delaware Corporation,<br><br>Defendant. | Case No.  13-cv-04398 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING RE-SCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>**TRIAL DATE:  NOT YET SET** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

STIP & [PROPOSED] ORDER TO CONTINUE
CMC
CASE NO. 13-CV-04398 JSW

Pursuant to Civil Local Rule 16-2(e), plaintiff Finjan, Inc. ("Plaintiff") and defendant Websense, Inc. ("Websense") (Plaintiff and Websense collectively, "the Parties"), by and through their respective counsel, stipulate to the following request to change the date of the Initial Case Management Conference:

WHEREAS, the Initial Case Management Conference was set by the Court for January 17, 2014 (Dkt. No. 13);

WHEREAS, pursuant to Civil Local Rule 16-2(e), the parties may file a stipulation requesting an order changing the date of the Initial Case Management Conference;

WHEREAS, lead counsel for Websense, Mr. Tony Stiegler, has a preexisting scheduling conflict on January 17, 2014 due to an international arbitration proceeding;

WHEREAS, subject to the Court's approval, the parties stipulate to continue the Initial Case Management Conference to February 7, 2014 at 1:30 p.m.;

WHEREAS, no prior time modifications affecting the Initial Case Management Conference have occurred in this case; and

WHEREAS, the requested continuance should not have any material affect on the schedule for the case;

NOW THEREFORE, the Parties hereby stipulate and request that the Initial Case Management Conference be continued from January 17, 2014 and rescheduled to February 7, 2014 at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated: November 6, 2013

COOLEY LLP

_/s/Anthony M. Stiegler_

ANTHONY M. STIEGLER (126414)
(astiegler@cooley.com)
ORION ARMON (_pro hac vice_)
(oarmon@cooley.com)
PAUL BATCHER (266928)
(pbatcher@cooley.com)
BRIAN LAM (272624)
(blam@cooley.com)
JOSE R. RODRIGUEZ (278236)
(jrodriguez@cooley.com)

Attorneys for Defendant
WEBSENSE, INC.

Dated: November 6, 2013

KRAMER LEVIN NAFTALIS & FRANKEL LLP

_/s/Paul J. Andre_

PAUL J. ANDRE (196585)
(pandre@kramerlevin.com)
LISA KOBIALKA (191404)
(lkobialka@kramerlevin.com)
JAMES HANNAH (237978)
(jhannah@kramerlevin.com)

Attorneys for Plaintiff
FINJAN, INC.

_Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Anthony M. Stiegler hereby attests that concurrence in the filing of this document has been obtained._

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

STIP & [PROPOSED] ORDER TO CONTINUE
CMC
CASE NO. 13-CV-04398 JSW

1

~~**PROPOSED**~~ **ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

The Initial Case Management Conference in this case is hereby continued from January

4

17, 2014 at 1:30 p.m. to February 7, 2014 at 1:30 p.m.

5

6

DATED:  November 7, 2013

7

The Honorable Jeffrey S. White
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

STIP & ~~[PROPOSED]~~ ORDER TO CONTINUE
CMC
CASE NO. 13-CV-04398 JSW