UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: February 14, 2014                                  Time in Court: 23 minutes

JUDGE: JEFFREY S. WHITE                       Court Reporter:  Sarah Goekler

Courtroom Deputy: Jennifer Ottolini

CASE NO. C-13-4398  JSW

TITLE:  Finjan, Inc.,  v.  Websense, Inc.,

COUNSEL FOR PLAINTIFF:            COUNSEL FOR DEFENDANT:
Paul Andre                        Anthony Stiegler
                                  Orion Armon

PROCEEDINGS:   Case Management Conference


RESULTS:    Last day to amend pleadings:  3-17-14
            Case referred to a randomly assigned Magistrate Judge for all Discovery Matters
            including setting limits on discovery.

            The parties are to submit a list of proposed special masters by 2-28-14.

            The Court adopted Plaintiff Finjan, Inc's proposed dates at Appendix A,
            page i through page ii.

            Joint Proposed presentation for the Claims Construction Tutorial due: 8-22-14

            Claims Construction Tutorial:  9-22-14 at 1:30 p.m.
            Claims Construction Hearing:  9-29-14 at 1:30 p.m.



cc:  Mag Ref.