| | |
|---|---|
| COOLEY LLP<br>ANTHONY M. STIEGLER (Bar No. 126414)<br>(astiegler@cooley.com)<br>PAUL BATCHER (Bar No. 266928)<br>(pbatcher@cooley.com)<br>BRIAN LAM (Bar No. 272624)<br>(blam@cooley.com)<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6000<br>Facsimile: (858) 550-6420<br><br>ORION ARMON (*pro hac vice*)<br>(oarmon@cooley.com)<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO 80021-8023<br>Telephone: (720) 566-4000<br>Facsimile: (720) 566-4099<br><br>Attorneys for Defendant<br>Websense, Inc. | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>PAUL J. ANDRE (State Bar No. 196585)<br>pandre@kramerlevin.com<br>LISA KOBIALKA (State Bar No. 191404)<br>lkobialka@kramerlevin.com<br>JAMES HANNAH (State Bar No. 237978)<br>jhannah@kramerlevin.com<br>990 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 752-1700<br>Facsimile: (650) 752-1800<br><br>*Attorneys for Plaintiff*<br>FINJAN, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>WEBSENSE, INC., a Delaware Corporation,<br><br>        Defendant. | Case No. 13-cv-04398 JSW<br><br>**JOINT PRELIMINARY LIST OF PROPOSED SPECIAL MASTER CANDIDATES** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

JOINT PRELIMINARY LIST OF
PROPOSED SPECIAL MASTERS
CASE NO. 13-CV-04398 JSW

| | |
|---|---|
| 1 | Pursuant to the Court's Civil Minute Order entered on February 18, 2014 (Dkt. No. 38), Plaintiff Finjan, Inc. ("Finjan") and Defendant Websense, Inc. ("Websense") hereby submit this Joint Preliminary List of Proposed Special Master Candidates. Pursuant to the parties' agreement during the Initial Case Management Conference, each party's preliminary nominations include three special master candidates. |

Pursuant to the Court's Civil Minute Order entered on February 18, 2014 (Dkt. No. 38), Plaintiff Finjan, Inc. ("Finjan") and Defendant Websense, Inc. ("Websense") hereby submit this Joint Preliminary List of Proposed Special Master Candidates. Pursuant to the parties' agreement during the Initial Case Management Conference, each party's preliminary nominations include three special master candidates.

As further agreed between the parties, each party may strike any one candidate proposed by the other party on or before March 5, 2014, in addition to identifying proposed strikes for cause arising from conflicts of interest. The Parties will jointly file a Final List of Proposed Special Master Candidates on March 5, 2014 that includes their proposed strikes and identifies conflicts of interest, if any. The Parties will also include biographies of each of the remaining candidates at that time for the Court's reference. The Parties jointly request that, upon submission of the Final List of Proposed Special Master Candidates on March 5, 2014, the Court should select a special master from the remaining candidates.

Once the Court makes its selection, the parties will jointly file a proposed order under Federal Rule of Civil Procedure 53(b) to formally appoint the special master.

Proposed Special Master Candidates (in alphabetical order):

(1) Alexander "Lex" Brainerd, Esq.

(2) Hon. Edward A. Infante (Ret.)

(3) Martin Quinn, Esq.

(4) Robert D. Becker, Esq.

(5) Robert A. Goodin, Esq.

DATED: February 28, 2014

Respectfully submitted,

By: */s/ Paul Andre*

Paul Andre (State Bar. No. 196585)
Lisa Kobialka (State Bar No. 191404)
James Hannah (State Bar No. 237978)
   KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

JOINT PRELIMINARY LIST OF
PROPOSED SPECIAL MASTERS
CASE NO. 13-CV-04398 JSW

Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

Attorneys for Plaintiff
FINJAN, INC.

DATED: February 28, 2014

Respectfully submitted,

By: */s/ Orion Armon*

COOLEY LLP
ANTHONY M. STIEGLER (Bar No. 126414)
(astiegler@cooley.com)
PAUL BATCHER (Bar No. 266928)
(pbatcher@cooley.com)
BRIAN LAM (Bar No. 272624)
(blam@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

ORION ARMON (pro hac vice)
(oarmon@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099
Attorneys for Defendant
WEBSENSE, INC.

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

By: */s/ Paul Batcher*
Paul Batcher (State Bar No. 266928)

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

JOINT PRELIMINARY LIST OF
PROPOSED SPECIAL MASTERS
CASE NO. 13-CV-04398 JSW