1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    FINJAN, INC,

10              Plaintiff,                        No. C 13-04398 JSW

11      v.

12   WEBSENSE, INC,                               **ORDER REGARDING MOTION
                                                  TO ENLARGE TIME**
13              Defendant.

14   _____/

15          On March 17, 2014, Plaintiff Finjan, Inc. ("Finjan") filed a motion pursuant to Northern

16   District Civil Local Rule 6.3 to enlarge the time to file an amended complaint "without leave of

17   Court."  The Court finds that Finjan has not demonstrated good cause for the extension.

18   Additionally, even if the Court were to extend the deadline for the last day to file an amended

19   complaint, Finjan would still need leave of Court to file a motion for leave to amend pursuant to

20   Federal Rule of Civil Procedure 15(a)(2).

21          Accordingly, the Court denies Finjan's administrative motion for an extension of time.

22   This Order is without prejudice to Finjan bringing this issue to the attention of the Special

23   Master.  In order to avoid prejudice to the parties and to provide time to resolve the parties'

24   disputes with the assistance of the Special Master, the Court HEREBY CONTINUES all

25   deadlines in this case, except for the mediation deadline, for sixty days.  The Court will reset the

26   ///

27   ///

28   ///

United States District Court

For the Northern District of California

tutorial and the claims construction hearing after receiving a report and recommendation from

the Special Master.

**IT IS SO ORDERED.**

Dated: March 24, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2