IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC,<br><br>      Plaintiff,<br><br>  v.<br><br>WEBSENSE, INC,<br><br>      Defendant.<br>_____/ | No. C 13-04398 JSW<br><br>**ORDER REGARDING MOTION TO ENLARGE TIME** |

On March 17, 2014, Plaintiff Finjan, Inc. ("Finjan") filed a motion pursuant to Northern District Civil Local Rule 6.3 to enlarge the time to file an amended complaint "without leave of Court." The Court finds that Finjan has not demonstrated good cause for the extension. Additionally, even if the Court were to extend the deadline for the last day to file an amended complaint, Finjan would still need leave of Court to file a motion for leave to amend pursuant to Federal Rule of Civil Procedure 15(a)(2).

Accordingly, the Court denies Finjan's administrative motion for an extension of time. This Order is without prejudice to Finjan bringing this issue to the attention of the Special Master. In order to avoid prejudice to the parties and to provide time to resolve the parties' disputes with the assistance of the Special Master, the Court HEREBY CONTINUES all deadlines in this case, except for the mediation deadline, for sixty days. The Court will reset the

///

///

///

tutorial and the claims construction hearing after receiving a report and recommendation from the Special Master.

**IT IS SO ORDERED.**

Dated: March 24, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE