Alexander Brainerd, Esq.
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Tel: 415-774-2626
Fax: 415-982-5287
E-mail: jdienner@jamsadr.com
Special Master

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., <br><br>    Plaintiff, <br><br>vs. <br><br> WEBSENSE, INC., <br><br>    Defendant. | Case No.: C 13-04398 JSW <br><br> JAMS Ref. No.: 1100076870 <br><br> **SCHEDULING ORDER** |

    A telephonic scheduling conference was held on March 27, 2014 to establish a schedule for resolving two issues: (1) whether the number of claims or prior art should be limited, and (2) whether plaintiff should be allowed to amend its complaint to add the '494 patent, and if so, the extent to which related deadlines in the case should be altered. At the conference, the following orders were issued.

    1.    An in-person hearing will be held on April 21, 2014 at 2:00 p.m., in the San Francisco offices of JAMS, located at 2 Embarcadero Center, Suite 1500, San Francisco, CA 94111.

    2.    Opening briefs of no more than 15 pages shall be exchanged and submitted to the Special Master on or before 5:00 p.m. on April 7, 2014.

1

3. Opposing briefs of no more than 15 pages shall be exchanged and submitted to the Special Master on or before 5:00 p.m. on April 14, 2014.

4. Reply briefs of no more than five pages shall be exchanged and submitted to the Special Master on or before 5:00 p.m. on April 17, 2014.

IT IS SO ORDERED.

April 1, 2014

_____
Alexander L. Brainerd, Esq.
Special Master

# PROOF OF SERVICE BY E-Mail

Re: Finjan, Inc. vs. Websense, Inc.
Reference No. 1100076870

I, Jesse C. Dienner, not a party to the within action, hereby declare that on April 01, 2014 served the attached Scheduling Order on the parties in the within action by electronic mail at San Francisco, CALIFORNIA, addressed as follows:

Paul J. Andre Esq.
Lisa Kobialka Esq.
James R. Hannah Esq.
Kramer Levin Naftalis & Frankel
990 Marsh Rd.
Menlo Park, CA 94025
Phone: 650-752-1700
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
   Parties Represented:
   Finjan, Inc.

Anthony M. Stiegler Esq.
Paul Batcher Esq.
Brian Lam Esq.
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121
Phone: 858-550-6000
astiegler@cooley.com
pbatcher@cooley.com
blam@cooley.com
   Parties Represented:
   Websense, Inc.

Orion Armon Esq.
Cooley LLP
380 Interlocken Crescent
Suite 900
Broomfield, CO 80021
Phone: 720-566-4000
oarmon@cooley.com
   Parties Represented:
   Websense, Inc.

I declare under penalty of perjury the foregoing to be true and correct. Executed at San Francisco, CALIFORNIA on April 01, 2014.

Jesse C. Dienner
JAMS The Resolution Experts
jdienner@jamsadr.com