UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FINJAN, INC.,

    Plaintiff,

v.

WEBSENSE, INC.,

    Defendant.

Case No. 13-cv-04398-BLF

**CASE MANAGEMENT ORDER**

On 05/15/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 07/02/2015 at 9:00 am |
| Final Pretrial Conference | N/A |
| Trial | 10/05/2015 at 9:00 am |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT the Claim Construction Tutorial is set for 11/07/2014
6   at 9:00 am.
7   IT IS FURTHER ORDERED THAT the Claim Construction Hearing is set for 11/21/2014
8   at 9:00 am.
9   IT IS FURTHER ORDERED THAT the parties are to meet, confer and submit a stipulated
10   proposed order setting all other dates to trial.

Dated:  May 15, 2014

_____
BETH LABSON FREEMAN
United States District Judge