UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>WEBSENSE, INC.,<br><br>    Defendant. | Case No.  13-cv-04398-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/15/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 07/02/2015 at 9:00 am. |
| Final Pretrial Conference | N/A |
| Trial | 10/05/2015 at 9:00 am. |

1   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
2   orders, which are available on the Court's website and in the Clerk's Office.
3   IT IS FURTHER ORDERED THAT Claims Construction Tutorial is set for 11/07/2014 at
4   9:00 am.
5   IT IS FURTHER ORDERED THAT Claims Construction Hearing is set for 11/21/2014 at
6   9:00 am.
7   IT IS FURTHER ORDERED THAT the parties are to meet, confer and submit a stipulated
8   proposed order setting all other dates to trial.

Dated: May 20, 2014

_____
BETH LABSON FREEMAN
United States District Judge