PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

ANTHONY M. STIEGLER (Bar No. 126414)
(astiegler@cooley.com)
PAUL BATCHER (Bar No. 266928)
(pbatcher@cooley.com)
BRIAN LAM (Bar No. 272624)
(blam@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:   (858) 550-6000
Facsimile:    (858) 550-6420

ORION ARMON (*pro hac vice*)
(oarmon@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone:   (720) 566-4000
Facsimile:    (720) 566-4099

COOLEY LLP

*Attorneys for Defendant*
WEBSENSE, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>     Plaintiff,<br><br>v.<br><br>WEBSENSE, INC., a Delaware Corporation,<br><br>     Defendant. | Case No.: 13-cv-04398-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Finjan, Inc., and Defendant Websense, Inc., through their respective undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Finjan, Inc. and Defendant Websense, Inc. voluntarily dismiss the above-captioned action with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

Dated: September 24, 2014    By: /s/ Lisa Kobialka
                                  Paul J. Andre (State Bar No. 196585)
                                  Lisa Kobialka (State Bar No. 191404)
                                  James Hannah (State Bar No. 237978)
                                  Benu Wells *(pro hac vice)*
                                  KRAMER LEVIN NAFTALIS
                                  & FRANKEL LLP
                                  990 Marsh Road
                                  Menlo Park, CA 94025
                                  Telephone: (650) 752-1700
                                  Facsimile: (650) 752-1800
                                  pandre@kramerlevin.com
                                  lkobialka@kramerlevin.com
                                  jhannah@kramerlevin.com
                                  bwells@kramerlevin.com

                                  *Attorneys for Plaintiff*
                                  FINJAN, INC.

Respectfully submitted,

DATED: September 24, 2014    By: /s/ Anthony M. Stiegler
                                  COOLEY LLP
                                  ANTHONY M. STIEGLER
                                  (Bar No. 126414)
                                  (astiegler@cooley.com)
                                  PAUL BATCHER (Bar No. 266928)
                                  (pbatcher@cooley.com)
                                  BRIAN LAM (Bar No. 272624)
                                  (blam@cooley.com)
                                  4401 Eastgate Mall
                                  San Diego, CA  92121
                                  Telephone:    (858) 550-6000
                                  Facsimile:    (858) 550-6420

1

ORION ARMON (*pro hac vice*)
(oarmon@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone:   (720) 566-4000
Facsimile:    (720) 566-4099

*Attorneys for Defendant*
WEBSENSE, INC.

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this documents has been obtained from any other signatory to this documents.

By: */s/ Lisa Kobialka*
Lisa Kobialka (State Bar No. 191404)

**IT IS SO ORDERED.**

DATED: September 26, 2014

_____
Hon. Beth Labson Freeman

2

STIPULATION AND [PROPOSED] ORDER                         CASE NO.13-CV-04398-BLF
OF DISMISSAL WITH PREJUDICE